# DENNIS KENNY LAW

**288 NORTH PLANK ROAD, NEWBURGH, NY 12550**
PHONE: (845) 566-4400 · FAX: (845) 569-0111 · TOLL FREE: (800) 610-4401 · (888) 2SSD-SSI
WEB SITE: WWW.DENNISKENNYLAW.COM · E-MAIL: DENNISKENNYLAW@CS.COM

DENNIS KENNY, ESQ. (NY & PA)
KATHERINE M. USEWICZ, ESQ.
JEFFREY C. LEO, ESQ.
SCOTT T. BLACK, ESQ. (NY & CA)
EDWARD C. DELAUTER, ESQ.
TARA L. JOHNSSON, ESQ. (FL)
JOSEPHINE GOTTESMAN ESQ.

**OF COUNSEL**
EVAN M. FOULKE, ESQ. (NY & NJ)
GREGORY M. SOBO, ESQ.

**VIA ECF**

Hon. Valerie Figueredo
United states Magistrate Judge
United States Courthouse
500 Pearl St.
New York, NY 10007

RE: Blachorsky v. Commissioner SSA
23-CV-07401 (LGS) (VF)

Dear Judge Figueredo:

This office represents Plaintiff in the above-referenced Social Security appeal.

Plaintiff's motion and memorandum of law for Judgment on the Pleadings are due on 11/22/23. Due to a glut of work that is due on or near that date, we respectfully ask the Court for a 30-day extension in which to file Plaintiff's motion. If granted, Plaintiff's motion and brief will then be due on 12/22/23. Defendant's cross-motion and brief will be due on 2/20/2024. Plaintiff's reply brief, if any, will be due on 3/12/24.

We regret any inconvenience this change may cause the Court or Counsel. Thank you for your consideration.

Respectfully submitted,

/s/ JOSEPHINE GOTTESMAN

Cc: Jonathan King, Esq. (Via ECF)

---

**Application Granted**

_____
Valerie Figueredo, U.S.M.J.

DATED: November 7, 2023

The Clerk of Court is respectfully directed to terminate the motion at ECF No. 10.

---

ADDITIONAL OFFICES AT:
55 MAIN STREET, GOSHEN, NY | 3344 ROUTE 9 NORTH, 1ST FLOOR, POUGHKEEPSIE, NY | 18 COMPUTER DRIVE WEST, SUITE 109, ALBANY, NY
THE FIRM RESERVES THE RIGHT TO ASSIGN ALL MATTERS TO ANY MEMBER OR ASSOCIATE ATTORNEY