# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------------X

AHARON BLACHORSKY,

                        Plaintiff,                    23 **CIVIL** 7401 (VF)

       -against-                       **JUDGMENT**

MARTIN O'MALLEY, in his capacity as
Commissioner of the Social Security Administration,

                        Defendant.

-----------------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons set forth in the Court's Opinion & Order dated September 11, 2024, Blachorsky's motion for judgment on the pleadings is DENIED and the determination of the Commissioner is AFFIRMED.

**Dated:**  New York, New York
            September 13, 2024

                                                              **DANIEL ORTIZ**
                                                          **Acting Clerk of Court**

                                         **BY:**

                                                               **Deputy Clerk**